

EXHIBIT 1

## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, Petitioner | No. 1669 Disciplinary Docket No. 3 |
| | No. 212 DB 2010 |
| v. | |
| | Attorney Registration No. 83722 |
| JOHN KERRINGTON LEWIS, JR. Respondent | (Allegheny County) |

### ORDER

**PER CURIAM:**

**AND NOW**, this 12th day of August, 2015, a Rule having been entered by this Court on July 10, 2015, pursuant to Pa.R.D.E. 208(h), directing Respondent to show cause why the Order of this Court entered on September 4, 2013, should not be modified, and upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute; Respondent is suspended from the Bar of this Commonwealth for a period of one year and one day; and he shall comply with all the provisions of Pa.R.D.E. 217.

It is further ORDERED that Respondent shall pay the additional expenses incurred as a result of the revocation proceedings pursuant to Pa.R.D.E. 208(g).

A True Copy Patricia Nicola
As Of 8/12/2015

Attest: *[signature]*
Chief Clerk
Supreme Court of Pennsylvania