## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 1669 Disciplinary Docket No. 3 |
| JOHN KERRINGTON LEWIS, JR. | : No. 212 DB 2010 |
| PETITION FOR REINSTATEMENT | : |
| and | : |
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2246 Disciplinary Docket No. 3 |
| Petitioner | : No. 26 DB 2016 |
| v. | : Attorney Registration No. 83722 |
| JOHN KERRINGTON LEWIS, JR. | : (Allegheny County) |
| Respondent | : |

### ORDER

**PER CURIAM**

**AND NOW**, this 7th day of August, 2017, upon consideration of the Report and Recommendations of the Disciplinary Board, the Petition for Reinstatement is granted, and John Kerrington Lewis, Jr., is suspended from the Bar of this Commonwealth for a period of one year and one day. The suspension is stayed in its entirety, and Respondent is placed on probation for a period of two years subject to the following conditions:

1. Respondent shall abstain from using alcohol, drugs, or any other mood-altering or mind-altering chemicals, except for those medications prescribed by his treating physicians;

2. Respondent shall attend Alcoholics Anonymous meetings weekly;

3. Respondent shall obtain an Alcoholics Anonymous sponsor, with whom he maintains weekly contact;

4. A sobriety monitor shall be appointed to monitor Respondent in accordance with Disciplinary Board Rule §89.293(c);

5. Respondent shall furnish his sobriety monitor with his Alcoholics Anonymous sponsor's name, address and telephone number;

6. Respondent shall establish his weekly attendance at Alcoholics Anonymous meetings by providing written verification to the Board on a Board approved form;

7. Respondent shall undergo any counseling or out-patient or in-patient treatment prescribed by a physician or alcohol counselor;

8. Respondent shall file with the Secretary of the Board quarterly written reports;

9. With the sobriety monitor, Respondent shall:

   a. meet at least twice per month;

   b. maintain weekly telephone contact;

   c. provide the necessary properly executed written authorizations to verify his compliance with the required substance abuse treatment; and

   d. cooperate fully.

10. The appointed sobriety monitor shall:

    a. monitor Respondent's compliance with the terms and conditions of the order imposing probation;

b.  assist Respondent in arranging any necessary professional or substance abuse treatment;

c.  meet with Respondent at least twice a month, and maintain weekly telephone contact with Respondent;

d.  maintain direct monthly contact with the Narcotics or Alcoholics Anonymous chapter attended by Respondent;

e.  file with the Secretary of the Board quarterly written reports; and

f.  immediately report to the Secretary of the Board any violations by Respondent of the terms and conditions of the probation.

Respondent shall pay the expenses incurred in the investigation and processing of this matter.

A True Copy Patricia Nicola
As Of 8/7/2017

Attest: *Patricia Nicola*
Chief Clerk
Supreme Court of Pennsylvania